NELLIE BABBISH, as Administratrix of the Estate of ANTHONY BABBISH, Deceased, Respondent, *v.* STEAMSHIP TERMINAL OPERATING CORPORATION, Appellant, Impleaded with Another.

(Argued June 3, 1930; decided June 13, 1930.)

*Ernie Adamson* and *John W. Van Gordon* for appellant.
*Harold R. Medina, William F. McNulty* and *Charles Winkelman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.